1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   300 South First Street, Suite 342
3  San Jose, California 95113
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@moorelawfirm.com
5
6  Attorney for Plaintiff,
   Jose Trujillo
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
11  JOSE TRUJILLO,                    )   Case No. 1:22-cv-00983-BAM
                                      )
12            Plaintiff,              )   **STIPULATION GRANTING PLAINTIFF
                                      )   LEAVE TO FILE FIRST AMENDED
13       vs.                          )   COMPLAINT; [PROPOSED] ORDER**
                                      )
14  BALDOMERO V. CISNEROS dba QUE     )
    PASA MEXICAN CAFE, et al.,        )
15                                    )
                                      )
16            Defendants.             )
                                      )
17  _____  )

18

19       **WHEREAS**, Plaintiff, Jose Trujillo ("Plaintiff"), seeks to amend his complaint to

20  allege additional access barriers which relate to his disability which were identified during the

21  pendency of this action;

22       **WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his

23  complaint all barriers identified which relate to his disability. Chapman v. Pier 1 Imports (U.S.)

24  Inc., 631 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th

25  Cir. 2011);

26       **WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad

27  faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor

28  does the amendment in any way change the nature of the action; and

1       **WHEREAS**, this amendment would not alter any dates or deadlines set by the Court;

2       **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

3  Defendants, Baldomero V. Cisneros dba Que Pasa Mexican Cafe and Heiskell Ranches, L.P.

4  ("Defendants"), the parties to this Action, through their respective attorneys of record, that

5  Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit

6  "A" with redlines showing the changes from the original Complaint.

7       **IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint

8  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

9  responses thereto shall be due as required by the Federal Rules of Civil Procedure.

10       **IT IS SO STIPULATED.**

11

12  Dated: May 31, 2023            MOORE LAW FIRM, P.C.

13

14                                 */s/ Tanya E. Moore*
                               Tanya E. Moore

15                                 Attorney for Plaintiff,

16                                 Jose Trujillo

17  Dated: May 31, 2023            CLIFFORD & BROWN

18                                 */s/ William A. Bruce*

19                                 William A. Bruce

20                                 Attorneys for Defendant,
                               Baldomero V. Cisneros dba Que Pasa

21                                 Mexican Cafe

22

23  Dated: May 31, 2023            McCORMICK, KABOT & LEW APC.

24                                 */s/ Chad M. Lew*
                               Chad M. Lew

25                                 Attorneys for Defendant,

26                                 Heiskell Ranches, L.P.

27  *///*

28  *///*

1

2

3

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

4

5

6

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Trujillo

7

8

**ORDER**

The Parties having so stipulated and good cause appearing,

9

10

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a redlined copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

11

12

13

**IT IS FURTHER ORDERED** that Defendants' responses thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

14

15

IT IS SO ORDERED.

16

17

Dated:   **June 1, 2023**               */s/ Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28