G. Memo Vero K-73387
K.V.S.P. P.O Box 5104
Delono Ca. 93216

FILED
OCT 24 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

G. Memo Vero

v.

C. Pfiffer. Respondent.

1:23-CV-00884-ADA-SAB

Extension of Time

Petitioner hereby request 60 days within wich to file a Reply Motion to dismiss

The application is based on the following issues

The Attney Gral. mailed the Motion Oct 10, and was served. Oct 16, 2023 (unclean hands)

The issues are complex, and the access to the law library is limited, Pet. is D.D.P.

WHEREFORE Petitioner humbly pray to grant this Motion

Respectfully Submitted

[signature]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

_____Memo Vera_____
Plaintiff/Petitioner

v.

_____C Pfiffer_____
Defendant/Respondent(s)

Case Number:

PROOF OF SERVICE

1:23CV-00884-ADA-SAB

I hereby certify that on ___10/19/2023___, I served a copy of the attached ___Extension of Time___.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

___Delano___:

*(List Name and Address of each Defendant or Attorney Served)*

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)